UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Case No.  06-cr-122-03-SM

Srey Eng

O R D E R

Defendant Srey Eng's motion to continue the final pretrial conference and
trial is granted  (document 144).   Trial has been rescheduled for the March 2007
trial period.   Defendant Eng  shall file a waiver of speedy trial rights not later
than November 15, 2006.   On the filing of such waivers, this continuance shall
be effective.

The Court finds that the ends of justice served by granting a continuance
outweigh the best interest of the public and the defendant  in a speedy trial, 18
U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would
unreasonably deny defendant the reasonable time necessary for effective
preparation taking into account the exercise of due diligence under the
circumstances.

**Final Pretrial Conference:**  February 22, 2007 at 2:30 p.m.

**Jury Selection**:  March 6,  2007 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

November 3, 2006

cc:   Steven Rappaport, Esq.
      Sean Delaney, Esq.
      Mark Zuckerman, AUSA
      US Probation
      US Marshal